IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CORDELL COUTURE,<br><br>Defendant. | CR 17-100-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Motion to File Sealed Document (Doc. 66), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum shall be filed under seal.

DATED this 15th day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1