FILED

FEB 2 6 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-100-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY CORDELL COUTURE, | |
| Defendant. | |

For the reasons stated on the record, ANTHONY CORDELL COUTURE is hereby released from the custody of the U.S. Marshals Service.

DATED this 26TH day of February, 2019.



SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1